UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Jeannette A. Johnson,<br><br>Plaintiff(s),<br><br>vs.<br><br>Life Insurance Company of North America,<br><br>Defendant(s). | Case No.: 21-cv-00094-JFH-SH<br><br><br><br>SETTLEMENT CONFERENCE REPORT |

On September 23, 2021, a Settlement Conference was held in the captioned matter.

☒  The litigation was settled; within __30__ days of the date hereof, the Plaintiff and Defendant shall file:

--  a Stipulation of Dismissal
    OR
--  Agreed Judgment and
    Motion to Enter Agreed Judgment

☐  The litigation was not settled.

☐  Settlement negotiations are pending. The parties are to phone the undersigned by ___ on ___ .

DATED: 9/27/2021

_____
U.S. Magistrate Judge Christine D. Little

Settlement Conference Report                                      (SC-03 Modified 8/2020)