IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JEANNETTE A. JOHNSON,

  Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

  Defendant.

Case No. 21-cv-094-JFH-SH

## ORDER

In light of the Settlement Conference Report by United States Magistrate Judge Christine D. Little, indicating that this matter has settled [Dkt. No. 28], IT IS HEREBY ORDERED that the Scheduling Order [Dkt. No. 15] and all associated deadlines are vacated. IT IS FURTHER ORDERED that the parties shall file a joint stipulation of dismissal of this action with prejudice as to all claims pursuant to Fed. R. Civ. P. 41(a)(1) on or before October 27, 2021.

DATED this 28th day of September 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE