# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEANNETTE A. JOHNSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )    **Case No. 21-cv-00094-JFH-JFJ** |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jeannette A. Johnson and Defendant Life Insurance Company of North America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof.  The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

By:    s/ Jonathan E. Shook
      Jonathan E. Shook, OBA #17343
      SHOOK & JOHNSON, PLLC
      7420 S. Yale Ave.
      Tulsa, Oklahoma 74136
      (918) 293-1122 - *Telephone*
      (918) 293-1133 - *Facsimile*
      jshook@shookjohnson.com

      **ATTORNEY FOR PLAINTIFF**

      s/ Kristina N. Holmstrom (*with permission*)
      Anh Kim Tran, OBA # 21384
      OGLETREE, DEAKINS, NASH, SMOAK,
      & STEWART, P.C.
      621 N. Robinson Ave., Suite 400
      Oklahoma City, Oklahoma 73102
      (405) 546-3774 Telephone
      (405) 546-3775 Fax
      kim.tran@ogletree.com

      – and –

**Kristina N. Holmstrom, AZ Bar No. 023384**
**OGLETREE, DEAKINS, NASH, SMOAK,**
**& STEWART, P.C.**
**2415 E. Camelback Road, Suite 800**
**Phoenix, AZ 85016**
**Telephone: (602) 778-3700**
**Facsimile: (602) 778-3750**
**kristina.holmstrom@ogletree.com**

**ATTORNEYS FOR DEFENDANT**